## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| **Plaintiff,** | **CASE NO.** |
| **vs.** | **JUDGE** |
| ADRIAN MITCHELL, | **INDICTMENT** |
| **Defendant.** | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a) |
| | **FORFEITURE ALLEGATION** |

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 JUL 15 PM 1: 50

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

2:21 cr 133

Judge Watson

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about January 30, 2021, in the Southern District of Ohio, the defendant, **ADRIAN MITCHELL**, knowing at that time that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in or affecting interstate commerce, a firearm, specifically, a Ruger P89, 9mm pistol, serial # 305-30204 and ammunition.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a).**

## FORFEITURE ALLEGATION

The allegations of Count One of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461(c).

Upon conviction of the offense alleged in Count One of the Indictment, the defendant, **ADRIAN MITCHELL**, shall forfeit to the United States all firearms and ammunition used and/or possessed in violation of such offenses, including but not limited to: a Ruger P89, 9mm pistol, serial # 305-30204 and ammunition, seized on January 30, 2021.

> **Forfeiture in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL.**

s/ Foreperson
**FOREPERSON**

**VIPAL J. PATEL**
**Acting United States Attorney**

**NICOLE PAKIZ**
**Assistant U.S. Attorney**